WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, Successor Trustee to BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, as Trustee for ACCREDITED MORTGAGE LOAN TRUST 2004-2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ACCREDITED MORTGAGE LOAN TRUST 2004-2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.; PEAVINE ESTATES ASSOCIATION; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00110-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER DEADLINE**<br><br>**FIRST REQUEST** |

Comes now Plaintiff, U.S. Bank National Association, Successor Trustee to Bank Of America, National Association As Successor By Merger To Lasalle Bank National Association, As Trustee For Accredited Mortgage Loan Trust 2004-2 (hereinafter "Plaintiff" or "U.S. Bank"), by and through its attorney, ROCK K. JUNG, ESQ., of the law firm of Wright, Finlay & Zak, LLP, and Defendant Thunder Properties, Inc. (hereinafter "Thunder Properties"), by and through

its attorney, Timothy E. Rhoda, Esq., of the law firm of Roger P. Croteau & Associates, Ltd., hereby stipulate as follows:

**<u>STIPULATION</u>**

1. This matter came before this Court on November 6, 2017 for hearing on Defendant Thunder Properties' Motion to Dismiss.

2. This Court granted Defendant's Motion to Dismiss Without Prejudice and further stated that Plaintiff had 10 days to file an Amended Complaint.

3. Plaintiff filed the First Amended Complaint on November 10, 2017 adding Peavine Estates Association as a new party.

4. Peavine Estates Association was served with the summons and First Amended Complaint on November 17, 2017 and, accordingly, has until December 8, 2017 to file a responsive pleading.

5. The Pretrial Order deadline is currently set for December 8, 2017.

6. The parties agree that, due to the filing of Plaintiff's First Amended Complaint and the inevitable arrival of the new party as a result of said filing, the current Pretrial Order deadline should be vacated.

7. Upon the appearance of Peavine Estate Association in this action, the parties intend to meet and confer and submit an Amended Discovery Plan and Scheduling Order setting forth amended scheduling deadlines, including the deadline for filing a Pretrial Order.

///
///
///
///
///
///
///
///
///

8. Accordingly, the parties agree to vacate the Pretrial Order deadline. Moreover, as discussed above, due to the impending appearance of a new defendant, the parties intend to submit an Amended Discovery Plan and Scheduling Order upon the appearance of said defendant which resets the remaining discovery deadlines.

IT IS SO STIPULATED.

DATED this  7th  day of December, 2017.    DATED this  7th  day of December, 2017

**WRIGHT, FINLAY & ZAK, LLP**

 /s/ Rock K. Jung, Esq.
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

  /s/ Timothy E. Rhoda, Esq.
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Defendant, Thunder Properties, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 7, 2017